**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TAMMY STASKIEVITZ,

    Plaintiff,

v.                                  Case No. 12-15213

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                        /

**JUDGMENT**

In accordance with the court's "Order Adopting Magistrate Judge's Report and Recommendation and Dismissing Complaint" dated October 18, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security. Dated at Detroit, Michigan, this 18th day of October 2013.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                 s/ Lisa Wagner
                                        By:  Lisa Wagner, Case Manager
                                             to Judge Robert H. Cleland